IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HEATH LUNSFORD                                                                                    PLAINTIFF

v.                                              Civil No. 2:19-CV-02126

SHANE DAVIS, *et. al.*                                                                         DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Produce Video. (ECF No. 50). As this motion is in substance a motion to compel, it will be construed and referred to as such in this Order.

In a prior motion, Plaintiff sought copies of videos for the entire time he had been at the Scott County Jail, a period of almost a month, as well as the opportunity to take depositions of witnesses. (ECF No. 48). This motion was denied, and Plaintiff was advised to narrow his video request and direct that request to Defendants as part of the discovery process. (ECF No. 49). Plaintiff's current Motion to Produce Video was sent to the Court rather than Defendants, and does not state that he either sent the request to Defendants or that he has attempted to confer with Defendants concerning any discovery disagreement before filing a motion to compel with the Court. As Plaintiff has been previously informed (ECF No. 39), he must first submit his discovery requests to Defendants and allow Defendants thirty (30) days to respond to such requests. Fed. R. Civ. P. 33-34. If Defendants fail to respond, or object, to any discovery requests within the thirty (30) day period, Plaintiff must then confer or attempt to confer with the Defendants' counsel in a good faith effort to obtain the requested information before seeking court intervention. Fed. R. Civ. P. 37(a)(3)(B) and Local Rule 7.2(g). His pending Motion (ECF No. 50) is, therefore,

**DENIED**.

The current discovery deadline is this case, as previously extended, is October 12, 2020. (ECF No. 47). To allow the Plaintiff to submit his discovery requests to Defendants, the discovery deadline in this case is extended to November 30, 2020, and the dispositive motion deadline is extended to December 30, 2020.

IT IS SO ORDERED this 8th day of October 2020.

/s/ *Mark E. Ford*

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE